

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00434-CR

ZAVIER JOHNSON                                                        APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

## FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Zavier Johnson attempts to appeal from his conviction on his plea of guilty to possession of a controlled substance with intent to deliver. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 6, 2010, we notified Johnson that the trial court's certification of his right to appeal had been filed in this court and that the

---

[1]*See* Tex. R. App. P. 47.4.

appeal would be dismissed unless he or any party desiring to continue the appeal filed a response on or before October 18, 2010, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d). We have received no response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER; J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 9, 2010